# United States District Court
## Southern District of Georgia

United States of America,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-311,

$9,000.00 in U.S. Currency,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 7/31/17, granting the United States' Motion for Default Judgment and Final Order of Forfeiture, Judgment is hereby enter in favor of the United States of America and against $9,000.00 in U.S. Currency, Vanessa Vazquez- Hernandez and Gernaro Barrera, their heirs, successors, and assigns, and all other persons and entities having an interest in the Defendant Property.

| 7/31/17 | Scott L. Poff |
|---|---|
| Date | Clerk |

*(By) Deputy Clerk*